United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-15180-elf
Lydia D. Kennedy                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Nov 21, 2018
                              Form ID: pdf900          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
```
db             +Lydia D. Kennedy,    1911 Penfield Street,    Philadelphia, PA 19138-2716
14180955       +Aes/brazos/us Bank,    Attn: Bankruptcy Dept,    PO Box 2461,    Harrisburg, PA 17105-2461
14204380        CACH, LLC its successors and assigns as assignee,    of Springleaf Finance, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14180962       +Eos Cca,    Attn: Bankruptcy,    PO Box 329,    Norwell, MA 02061-0329
14180963       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14180964       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14180966       +Midwest Recovery Systems,    PO Box 899,    Florissant, MO 63032-0899
14180967       +Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14180969        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14180972       +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14207026       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14203821       +Pennsylvania Housing Finance Agency,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14199622       +Raymour & Flanigan,    c/o Simon's Agency Inc,    PO Box 5026,    Syracuse, NY 13220-5026
14180976       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14178537       +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 22 2018 02:41:21     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 22 2018 02:41:19      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14211063       +E-mail/Text: bnc@atlasacq.com Nov 22 2018 02:40:38      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14180958        E-mail/Text: megan.harper@phila.gov Nov 22 2018 02:41:20     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14180959        E-mail/Text: megan.harper@phila.gov Nov 22 2018 02:41:21     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14201026       +E-mail/Text: megan.harper@phila.gov Nov 22 2018 02:41:21
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14180956       +E-mail/Text: ecf@ccpclaw.com Nov 22 2018 02:40:33     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14180960       +E-mail/Text: bankruptcy@philapark.org Nov 22 2018 02:41:48      City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14213635        E-mail/Text: bankruptcy@cbtno.com Nov 22 2018 02:42:08     Crescent Bank & Trust,    POB 1407,
                 CHESAPEAKE, VA 23327-1407
14180961       +E-mail/Text: bankruptcy@cbtno.com Nov 22 2018 02:42:07     Crescent Bank & Trust, Inc.,
                 Attn: Bankruptcy,    PO Box 61813,    New Orleans, LA 70161-1813
14180965        E-mail/Text: cio.bncmail@irs.gov Nov 22 2018 02:40:40     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14180968       +E-mail/Text: bnc@nordstrom.com Nov 22 2018 02:40:39     Nordstrom FSB,
                 ATTN: Bankruptcy Department,    PO Box 6555,    Englewood, CO 80155-6555
14192880       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 22 2018 02:40:42      PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14211629       +E-mail/Text: blegal@phfa.org Nov 22 2018 02:41:09     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14180970       +E-mail/Text: blegal@phfa.org Nov 22 2018 02:41:09     Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
14180971        E-mail/Text: bankruptcygroup@peco-energy.com Nov 22 2018 02:40:42     Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14206851        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2018 02:40:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA 17128-0946
14180973       +E-mail/Text: bankruptcy@philapark.org Nov 22 2018 02:41:49      Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14180974       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2018 02:49:43
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14180975       +E-mail/Text: clientservices@simonsagency.com Nov 22 2018 02:41:48      Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
14182752       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2018 02:49:43      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14213389       +E-mail/Text: BKRMailOps@weltman.com Nov 22 2018 02:41:12     U.S. Asset Management,
                 c/o Weltman,Weinberg,and Reis Co.,L.P.A.,    323 West Lakeside Avenue,
                 Cleveland, Ohio 44113-1085
14180977       +E-mail/Text: bncnotice@ph13trustee.com Nov 22 2018 02:41:51     William C. Miller, Esquire,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
                                                                                              TOTAL: 23
```

```
District/off: 0313-2           User: Randi                 Page 2 of 2              Date Rcvd: Nov 21, 2018
                               Form ID: pdf900             Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14180957*     +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              MICHAEL A. CIBIK2    on behalf of Debtor Lydia D. Kennedy ecf@ccpclaw.com,    igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LYDIA D KENNEDY                                Chapter 13

                    Debtor            Bankruptcy No. 18-15180-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 21, 2018**

Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
LYDIA D KENNEDY

1911 PENFIELD STREET

PHILADELPHIA, PA 19138